### BROWN *v.* THE STATE.

CANDLER, J. The motion for a new trial complains only that the verdict was contrary to law and the evidence. There was positive testimony that the crime charged in the indictment was committed by the accused, and this testimony was contradicted only by his statement. It was therefore not error to refuse to set aside the verdict.

*Judgment affirmed. All the Justices concur.*

Submitted June 21,—Decided July 12, 1904.

Indictment for bestiality. Before Judge Felton. Houston superior court. May 31, 1904.

*M. Kunz* and *John R. Cooper*, for plaintiff in error.
*William Brunson, solicitor-general*, contra.